

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2022

No. 04-22-00725-CV

David Gene **BECKA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1257
Honorable Andrew Wyatt Carruthers, Judge Presiding

# O R D E R

In our November 8, 2022 order, we advised Appellant that his notice of appeal was late, but it was filed within fifteen days after the notice was due. *See* TEX. R. APP. P. 26.3. We implied a motion for extension of time, *see Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997), and we ordered Appellant to file a motion for extension of time that reasonably explains the need for an extension. *See* TEX. R. APP. P. 26.3 (citing TEX. R. APP. P. 10.5(b)); *In re E.K.C.*, 486 S.W.3d 614, 616 (Tex. App.—San Antonio 2016, no pet.).

Appellant timely filed a response. Appellant's motion for extension of time to file the notice of appeal is GRANTED; the notice is deemed timely filed. *See* TEX. R. APP. P. 26.3; *Garcia v. Kastner Farms, Inc.*, 774 S.W.2d 668, 670 (Tex. 1989).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2022.



_____

MICHAEL A. CRUZ, Clerk of Court